**CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY, Plaintiff, v. Arthur D. REYNOLDS, Collector of Internal Revenue, Defendant.**

**Civil No. 712.**

District Court, D. Minnesota, Third Division.
June 14, 1946.

JOYCE, District Judge.

For the reasons given in Memorandum filed this date in the case of Northern Pacific Ry. Co. v. Reynolds, 68 F.Supp. 492, plaintiff herein is entitled to recover the taxes involved with interest thereon.

Counsel will submit Findings of Fact, Conclusions of Law and Order for Judgment in accordance with the views therein expressed.

**GREAT NORTHERN RAILWAY COMPANY, a Corporation, Plaintiff, v. Arthur D. REYNOLDS, Collector of Internal Revenue, District of Minnesota, Defendant.**

**Civil No. 670.**

District Court, D. Minnesota, Third Division.
June 14, 1946.

JOYCE, District Judge.

For the reasons given in Memorandum filed this date in the case of Northern Pacific Railway Co. v. Reynolds, 68 F.Supp. 492, plaintiff herein is entitled to recover the taxes involved with interest thereon.

Counsel will submit Findings of Fact, Conclusions of Law and Order for Judgment in accordance with the views therein expressed.